# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JAY BARRINGER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0993
_____

January 30, 2026

Appeal from the Circuit Court for Pasco County; Joshua Riba, Judge.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

LUCAS, C.J., and LaROSE and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.